**Exhibit A to the Complaint**

**Location:** Round Rock, TX  
**Total Works Infringed:** 28  
**IP Address:** 192.63.31.85  
**ISP:** Spectrum

| Work | Info Hash | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 1 | 78C24219FD89C23B75C3F90530EC4A14FC6B406D | 07/22/2025 04:58:48 | Tushy | 07/20/2025 | 07/22/2025 | PA0002541682 |
| 2 | E490446ED573F3E7950819E46AFC112481B2572C | 07/10/2025 12:39:56 | Tushy | 07/06/2025 | 07/08/2025 | PA0002539168 |
| 3 | B198B2A2EB7657FED0C587F01615C09A6A1F1A8A | 07/10/2025 12:38:01 | TushyRaw | 07/06/2025 | 07/08/2025 | PA0002539158 |
| 4 | B47A05D9BCFB2426106896FC4FA36CEDA6D907F2 | 07/10/2025 12:32:43 | Milfy | 07/09/2025 | 07/22/2025 | PA0002541637 |
| 5 | D9702D2E2FAA5D92E921B60FCD8A25C41C7B170B | 07/03/2025 08:09:20 | Vixen | 06/20/2025 | 06/20/2025 | PA0002536520 |
| 6 | D070C5D316AD756F28E206024314C4371693F86A | 07/03/2025 07:25:49 | Tushy | 06/29/2025 | 07/08/2025 | PA0002539165 |
| 7 | 7453FF4F2BBAD1A19D8DA2B326BF4A852D585073 | 07/03/2025 06:06:37 | TushyRaw | 06/26/2025 | 07/08/2025 | PA0002539160 |
| 8 | 34851945EA46B15F006E02D9A3CAA26B320A6877 | 06/03/2025 18:34:50 | Tushy | 06/01/2025 | 06/09/2025 | PA0002534200 |
| 9 | 422970E2D5F5DECFF90F5282F93E3AC3EC05F4AB | 05/31/2025 07:18:50 | Vixen | 05/30/2025 | 06/09/2025 | PA0002534206 |
| 10 | 4EAC5207E5C08BEC9DEC8AFE3E4C10E619B7D163 | 05/17/2025 04:45:22 | Vixen | 05/16/2025 | 05/21/2025 | PA0002531817 |
| 11 | E63A7EA599341318D3122E10EA885ED262D8A087 | 04/08/2025 06:50:46 | TushyRaw | 04/07/2025 | 04/23/2025 | PA0002527292 |
| 12 | 3E389E240A89E9E2509A00A202CB256DF451AEAF | 03/22/2025 23:19:03 | Vixen | 03/21/2025 | 03/28/2025 | PA0002522461 |
| 13 | 4A87976DF975AF0013D22460B15D350AB6498369 | 02/27/2025 17:52:15 | Tushy | 02/16/2025 | 02/18/2025 | PA0002515913 |
| 14 | A75E1051BCEB8FF5019C6D8BDB2ECC8DBEB81A25 | 01/27/2025 15:13:55 | Vixen | 01/24/2025 | 02/18/2025 | PA0002515955 |
| 15 | BB471766C43C49563668C570F7C246F0CD6DB0A7 | 01/09/2025 04:20:33 | TushyRaw | 01/07/2025 | 01/16/2025 | PA0002509654 |
| 16 | A16AA2EE5D4BB9B9FBED537DA524F4971B9E96F5 | 01/09/2025 04:16:01 | Tushy | 01/05/2025 | 01/16/2025 | PA0002509626 |

| Work | Info Hash | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 17 | 9F04B6215A011AB1C94D5C9C53512F840A60F3B0 | 12/09/2024 02:42:59 | Tushy | 12/08/2024 | 12/13/2024 | PA0002506314 |
| 18 | 2249C0663A6F7F280EB7E9E481086619C954EA7B | 10/31/2024 00:35:56 | Milfy | 10/30/2024 | 11/18/2024 | PA0002500968 |
| 19 | dafbad8d78212b625c9d94e28c9b5ccd96768c8b | 09/06/2024 02:42:04 | Blacked | 08/23/2018 | 11/01/2018 | PA0002143434 |
| 20 | 4EC7FB024D57526E9ACAD397FB7BA8F143492E8C | 09/05/2024 23:33:51 | Vixen | 07/05/2024 | 07/16/2024 | PA0002480633 |
| 21 | DDC4E99F8037ED39DB48C3DC4776B505DF24C039 | 03/20/2024 16:15:06 | TushyRaw | 03/19/2024 | 04/12/2024 | PA0002465215 |
| 22 | 214D2265914F447F13C6D068D7F0DD76A1533ED5 | 03/20/2024 15:18:22 | Vixen | 12/25/2020 | 02/02/2021 | PA0002280511 |
| 23 | a27cf9e6089b4d4a149cda2698cdb9790b38b739 | 03/19/2024 16:03:27 | Vixen | 01/19/2024 | 02/13/2024 | PA0002454774 |
| 24 | 58E77336C83654858C230DDA1E430E154FEA6E6A | 03/19/2024 13:50:41 | Vixen | 03/15/2019 | 04/08/2019 | PA0002164872 |
| 25 | f347f210a5277f7a7d6d4a2f4c597f4d26072821 | 03/19/2024 13:49:14 | Vixen | 08/07/2018 | 09/05/2018 | PA0002135684 |
| 26 | 419789D96C972C69EFAEE49CED271AC4AE27C5B2 | 10/21/2023 12:45:20 | Vixen | 01/29/2021 | 02/26/2021 | PA0002283702 |
| 27 | 6CFFA2E260C2C03A93DA72F284E082483EDD18AE | 07/23/2023 23:01:37 | Vixen | 07/21/2023 | 08/17/2023 | PA0002425767 |
| 28 | 318D74504949E1B3024EA3FEA85B2B8E67AAC944 | 05/09/2023 13:37:33 | Vixen | 04/21/2023 | 05/15/2023 | PA0002411310 |